STATE OF MAINE
KENNEBEC, ss

SUPERIOR COURT
CRIMINAL ACTION
DOCKET NO. CR-06-330

REC'D & FILED
Nancy A. Desjardin

JUN 12 2006

Clerk of Courts
Kennebec County

STATE OF MAINE

v.

WILLIAM LUND

Defendant

ORDER ON DEFENDANT'S
MOTION TO SUPPRESS

The findings of fact made on the record at the close of the hearing are incorporated into this order by reference.

CONCLUSIONS OF LAW

The questions asked by the officer that are at issue in this motion were not administrative questions. See State v. Rossignol, 627 A.2d 524, 526 (Me. 1993). The issue is whether the defendant was in custody. An "ordinary traffic stop to ask a few questions and to conduct field sobriety tests on a driver suspected of operating under the influence does not amount to custodial interrogation" that requires Miranda warnings. See State v. Lewry, 550 A.2d 64, 65 (Me. 1988); see also Berkemer v. McCarty, 468 U.S. 420, 423 (1984) (defendant questioned outside his vehicle on side of road); State v. Swett, 1998 ME 76, ¶ 4, 709 A.2d 727, 730 (defendant interviewed either while seated in his vehicle or outside his vehicle on side of road).

Considering the factors outlined in State v. Michaud, viewed in their totality, the court concludes that the defendant was not in custody. See State v. Michaud, 1998 ME 251, ¶ 4, 724 A.2d 1222, 1226. On this record, a reasonable person in the defendant's position would not have concluded that he was "in police custody and constrained to a degree associated with formal arrest." See id. Accordingly, no Miranda warnings were

1

required in order for the defendant's answers to the officer's questions to be admissible. See State v. Holloway, 2000 ME 172, ¶ 13, 760 A.2d 223, 228.

The entry is

The Defendant's Motion to Suppress is DENIED.

Date: June 12, 2006

Nancy Mills
Justice, Superior Court

2

STATE OF MAINE                                      SUPERIOR COURT
   vs                                               KENNEBEC, ss.
WILLIAM H LUND                                      Docket No   AUGSC-CR-2006-00330
28 CRESTWOOD DR. APT H
WATERVILLE ME 04901                                 **DOCKET RECORD**

DOB: 07/22/1974
Attorney: JASON JABAR                               State's Attorney: TRACY DEVOLL
          JABAR BATTEN RINGER & MURPHY
          ONE CENTER STREET
          WATERVILLE ME 04901-5495
          RETAINED 01/06/2006

## Charge(s)

1   OPERATING UNDER THE INFLUENCE                   12/16/2005 WATERVILLE
Seq 9878   29-A   2411(1-A)(A)          Class D
   GARDINER              / WAT

## Docket Events:

03/14/2006 Charge(s): 1
           TRANSFER -  TRANSFER FOR JURY TRIAL EDI ON 03/14/2006 @ 18:01

           TRANSFERRED CASE: SENDING COURT CASEID WATDCCR200503168
           FILING DOCUMENT -  NON CASH BAIL BOND FILED ON 12/19/2005

           Charge(s): 1
           HEARING -  ARRAIGNMENT SCHEDULED FOR 03/08/2006 @ 8:30

           NOTICE TO PARTIES/COUNSEL
           Charge(s): 1
           HEARING -  ARRAIGNMENT WAIVED ON 02/03/2006

           BAIL BOND - $700.00 UNSECURED BAIL BOND FILED ON 12/19/2005

           Bail Amt: $700
           Date Bailed: 12/17/2005
           BAIL BOND -  UNSECURED BAIL BOND BAIL RELEASED ON 01/18/2006

           Date Bailed: 12/17/2005
03/14/2006 BAIL BOND -  UNSECURED BAIL BOND RELEASE ACKNOWLEDGED ON 01/18/2006

           Date Bailed: 12/17/2005
           Party(s): WILLIAM H LUND
           ATTORNEY -  RETAINED ENTERED ON 01/06/2006

           Attorney: JASON JABAR
           MOTION -  MOTION AMEND BAIL CONDITIONS FILED BY DEFENDANT ON 01/06/2006

           MOTION -  MOTION AMEND BAIL CONDITIONS GRANTED ON 01/13/2006
           ROBERT E MULLEN , JUDGE
           COPY TO PARTIES/COUNSEL                              DEFENDANT MUST
           APPEAR TO SIGN NEW BOND
           Charge(s): 1

SUPPLEMENTAL FILING - COMPLAINT FILED ON 01/06/2006

BAIL BOND - PR BAIL BOND FILED ON 01/18/2006

Date Bailed: 01/18/2006
Charge(s): 1
PLEA - NOT GUILTY ENTERED BY COUNSEL ON 02/03/2006

Charge(s): 1
MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 02/03/2006

Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL GRANTED ON 03/14/2006

Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL REQUESTED ON 03/03/2006

Charge(s): 1
FINDING - TRANSFER FOR JURY TRIAL TRANSFERRED ON 03/14/2006

AUGSC
03/15/2006 Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL RECVD BY COURT ON 03/15/2006

RECEIVED FROM WATERVILLE DISTRICT COURT DOCKET NO: CR-05-3168
04/14/2006 TRIAL - DOCKET CALL SCHEDULED FOR 05/01/2006 @ 9:00

04/14/2006 TRIAL - DOCKET CALL NOTICE SENT ON 04/14/2006

05/10/2006 TRIAL - DOCKET CALL HELD ON 05/01/2006

05/10/2006 TRIAL - DOCKET CALL SCHEDULED FOR 06/05/2006 @ 10:00

06/12/2006 TRIAL - DOCKET CALL HELD ON 06/05/2006
NANCY MILLS , JUSTICE
Reporter: JANETTE COOK
Defendant Present in Court
06/12/2006 Charge(s): 1
TRIAL - JURY TRIAL SCHEDULED FOR 06/13/2006 @ 10:00

NOTICE TO PARTIES/COUNSEL
06/12/2006 Charge(s): 1
TRIAL - JURY TRIAL SELECTED ON 06/08/2006

JURY SELECTION
06/12/2006 HEARING - MOTION TO SUPPRESS HELD ON 06/06/2006
NANCY MILLS , JUSTICE
Attorney: JASON JABAR
DA: BRAD GRANT          Reporter: JANETTE COOK
Defendant Present in Court
06/12/2006 Charge(s): 1
MOTION - MOTION TO SUPPRESS DENIED ON 06/12/2006
NANCY MILLS , JUSTICE

Printed on: 06/12/2006

COPY TO PARTIES/COUNSEL

A TRUE COPY
ATTEST: _____
                    Clerk